## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

JAMES VANDERWERFF,      :

              :

     Plaintiff,     : No. 19-CV-7582 (RA)

              :

     v.      :

              :

QUINCY BIOSCIENCE HOLDING COMPANY, :
INC., et al.,          :

              :

     Defendants.    :

              :

*Consolidated With:*       :

              :

ELAINE SPATH,       :

              :

     Plaintiff,     : No. 19-CV-3521 (RA)

              :

     v.      :

              :

QUINCY BIOSCIENCE HOLDING COMPANY, :
INC., et al.,          :

              :

     Defendants.    :

              :

JAMES KARATHANOS,     :

              :

     Plaintiff,     : No. 19-CV-8023 (RA)

              :

     v.      :

              :

QUINCY BIOSCIENCE HOLDING COMPANY, :
INC., et al.,          :

              :

     Defendants.    :

----------------------------------------------------------------X

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

   Plaintiffs James Vanderwerff, Elaine Spath, and James Karathanos ("Plaintiffs"), and

Defendants (together with Plaintiffs, the "Parties") hereby stipulate to a dismissal with prejudice of

the above-captioned actions (the "Actions"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

There are no longer any issues in these Actions because the Court in the related action pending in the Southern District of Florida, styled *Collins, et al. v. Quincy Bioscience, LLC*, No. 1:19-cv-22864-civ-Cooke/Goodman, (S.D. Fla.) (the "Related Florida Action") has entered an order granting final approval of the parties' class action settlement. On December 1, 2020, the sole purported objector in the Related Florida Action, Steven Helfand, filed an appeal to the Eleventh Circuit. On December 22, 2020, the Eleventh Circuit dismissed that appeal. The Parties, therefore, hereby dismiss these Actions with prejudice. Each side will bear their own costs of court except as set forth in the settlement agreement.

DATED: January 19, 2021

WILENTZ, GOLDMAN & SPITZER, P.A.

By /s/ *Kevin P. Roddy*
KEVIN P. RODDY
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000
E-mail: kroddy@wilentz.com

Daniel R. Lapinski
MOTLEY RICE LLP
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Telephone: (856) 667-0500
E-mail: dlapinski@motleyrice.com

KELLEY DRYE & WARREN LLP

By /s/ *Geoffrey W. Castello*
Geoffrey W. Castello
Jaclyn M. Metzinger
Glenn T. Graham

101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
gcastello@kelleydrye.com
jmetzinger@kelleydrye.com
ggraham@kelleydrye.com

*Counsel for Defendants*

-2-

Elaine A. Ryan
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
2325 E. Camelback Rd., Ste. 300
Phoenix, AZ  85012
Telephone:  (602) 274-1100
E-mail:  eryan@bffb.com

Patricia N. Syverson
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
600 W. Broadway, Ste. 900
San Diego, CA  92101
Telephone:  (619) 798-4593
E-mail:  psyverson@bffb.com

**Attorneys for Plaintiffs John Karathanos and James Vanderwerff**

By /s/ *Scott A. Kamber*
Scott A. Kamber
KAMBERLAW, LLC
100 Wall St., 23rd Fl.
New York, NY  10005
Telephone:  (212) 920-3072
E-mail:  skamber@kamberlaw.com

**Attorneys for Plaintiff Elaine Spath**